UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES SIEGEL,

                      Plaintiff,                    07 Civ. 6025 (DC)

    -against-                          COMPLAINT

METRO-NORTH COMMUTER RAILROAD,

                    Defendant.
------------------------------------------------------------X

PLAINTIFF DEMANDS TRIAL BY JURY

Plaintiff, by his attorneys, The Law Offices of Michael Flynn, PC, complains of the

defendant and alleges:

FIRST:  This action is brought under the Federal Employers' Liability Act, (45

U.S.C. Sec. 51 et seq.).

SECOND:  The defendant is a corporation is engaged in interstate commerce by rail

and operate a railroad system and railroad yards within the jurisdiction of this Court and in

various other States.

THIRD:  That prior to September, 2004, and at all times hereinafter mentioned, the

defendant employed the plaintiff as an assistant foreman under its direction, supervision and

control and in furtherance of defendant's business in interstate commerce.

FOURTH:    That prior to September, 2004, and at all times hereinafter mentioned,

the defendant maintained, operated and controlled the tracks, rails, switches, sidings,

roadbeds and appurtenances thereto, over, through and upon which the defendant operated

engines, trains and cars under its control and direction.

FIFTH:  That prior to September, 2004, while the plaintiff, an employee of the

defendant, was in the performance of his duties as an assistant foreman, the defendant, its

agents, servants and employees, so negligently and carelessly conducted themselves toward

the plaintiff in failing to provide plaintiff with a reasonably safe place to work; in failing to

perform ergonomic evaluations of plaintiff's work; in failing to take reasonable steps to

lessen the risk of repetitive stress on hands/wrists; and, so negligently failed and neglected

to enact and enforce safety rules, regulations, procedures, and practices for activities carried

out by its personnel at the said place; that all of the foregoing brought about severe and

disabling injuries to plaintiff.

SIXTH:  That the said injuries occurred while the plaintiff was acting in the

furtherance of interstate commerce or in work closely or substantially affecting the same.

SEVENTH:  That the plaintiff was damaged thereby in the sum of $1,000,000.00.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of

ONE MILLION ($1,000,000.00) DOLLARS, together with the costs and disbursements of

this action.

Law Offices of Michael Flynn PC
Attorneys for Plaintiff
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234


By:_____
     MICHAEL FLYNN, MF7150

AO 440 (Rev. 5/85) Summons in a Civil Action

===============================================================================

# *UNITED STATES DISTRICT COURT*

_____SOUTHERN_____District of_____NEW YORK_____

JAMES SIEGEL,

                 Plaintiff,                            **SUMMONS IN A CIVIL ACTION**

                 **V.**                               CASE NUMBER:

METRO-NORTH COMMUTER RAILROAD,

                 Defendant.

      TO:  **(Name and Address of Defendant)**

          Metro-North Commuter Railroad
          347 Madison Avenue
          New York, NY 10017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and  serve upon

PLAINTIFF'S ATTORNEY (name and address)

          Michael Flynn, Esq., MF7150
          Law Offices of Michael Flynn PC
          1205 Franklin Avenue
          Garden City, NY 11530
          (516) 877-1234

an answer to the complaint, which is herewith upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____        _____

CLERK                                    DATE

_____

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

DATE

Service of the Summons and Complaint was made by me[1] _____

NAME OF SERVER                                    TITLE

_____                          _____

Check the box below to indicate appropriate method of service

    [   ]   Served personally upon the defendant.  Place where served:_____

    [   ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

    [   ]   Returned unexecuted:_____

    [   ]   Other (specify):_____

## STATEMENT OF SERVICE FEES

TRAVEL                    SERVICES                    TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____                _____
            DATE                                   SIGNATURE OF SERVER

_____

ADDRESS OF SERVER

1)      As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.