UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMES SIEGEL,

                       Plaintiff,

                                                                           RULE 7.1 STATEMENT

  -against-

                                                                           07 Civ. 6025 (DC)

METRO-NORTH COMMUTER RAILROAD,

                       Defendant.
----------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).) Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York          RICHARD K. BERNARD
      July 26, 2007                        GENERAL COUNSEL

                                       BY:___S/_____
                                        Ioana Wenchell - IW/4775
                                        Attorneys for Defendant
                                        347 Madison Avenue
                                        New York, New York  10017
                                        212-340-2203