UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES SIEGEL,

                    Plaintiff,

  -against-                                    **ANSWER**

                                              07 Civ. 6025 (DC)

METRO-NORTH COMMUTER RAILROAD,

                    Defendant.
-----------------------------------------------------------------X

       Defendant, Metro-North Commuter Railroad (hereinafter "Metro-North"), by its attorney, Richard K. Bernard, General Counsel, as and for its answer to the complaint of the plaintiff, alleges as follows:

       1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph(s) 1 and 4 of the complaint and respectfully refers all questions of law and fact to judge and jury.

       2. Admits the allegations contained in paragraph(s) 2 of the complaint.

       3. Denies upon information and belief each of the allegations contained in paragraph(s) 3 of the complaint and refers all questions of law and fact to judge and jury, except admit that plaintiff was employed by defendant, Metro-North.

       4. Denies the allegations contained in paragraph(s) 5 and 7 of the complaint.

       5. Denies upon information and belief each of the allegations contained in paragraph(s) 6 of the complaint and refers all questions of law and fact to judge and jury.

## AS AND FOR AN AFFIRMATIVE DEFENSE

6. As and for a first affirmative defense, or as a defense in mitigation of damages, the defendant claims that any injuries allegedly sustained by the plaintiff were caused, in whole or in part, by reason of the culpable conduct of the plaintiff.

WHEREFORE, defendant demands judgment dismissing the complaint, together with costs and disbursements and such other and further relief as to this Court seems just and proper.

Dated: New York, New York
      July 26, 2007

RICHARD K. BERNARD
GENERAL COUNSEL

By: _S/_____
Ioana Wenchell (IW-4775)
Associate Counsel
Attorneys for Defendant
347 Madison Avenue
New York, New York  10017
(212) 340-2203

TO: Michael Flynn, Esq.
Law Office of Michael Flynn PLLC
Attorney for Plaintiff
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234

STATE OF NEW YORK  :
                          : ss:
COUNTY OF NEW YORK:

       Laura Matthews, being duly sworn, deposes and says:

       I am not a party to the action, am over 18 years of age and reside in Bronx County, New York.

       On July 26, 2007, I served a true copy of the annexed ANSWER and RULE 7.1 STATEMENT, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:    Michael Flynn, Esq.
         Law Office of Michael Flynn PLLC
         Attorney for Plaintiff
         1205 Franklin Avenue
         Garden City, NY 11530
         (516) 877-1234

                                                    S/ _____
                                                    LAURA MATTHEWS

Sworn to before me this
26 day of July, 2007

  S/ _____
NOTARY PUBLIC

Siegel,James