```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

JAMES SIEGEL,                         :

        Plaintiff,              :

    - against -                    :

METRO-NORTH COMMUTER RAILROAD,        :

        Defendant.              :

- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 6025 (DC)

**CHIN, D.J.**

    Following the conference held on December 19, 2007, it is hereby ORDERED that:

    1.    Plaintiff shall file his amended complaint by December 28, 2007;

    2.    Defendant shall file its answer to the amended complaint by January 22, 2008;

    3.    All discovery, fact and expert, is to be completed by April 18, 2008; and

    4.    A pretrial conference shall be held on April 18, 2008 at 11:30.

    SO ORDERED.

Dated:    New York, New York
           December 20, 2007

                              DENNY CHIN
                              United States District Judge