347 Madison Avenue              Peter A. Cannito           
New York, NY 10017-3739         President
212-340-3000

 **Metro-North Railroad**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/24/08

June 23, 2008

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1581
Hon. Judge Denny Chin

Re:    Siegel v. Metro-North Commuter Railroad
       SDNY ; 07 CV 6025 (DC)

Honorable Judge Chin:

Please allow this to be a joint request from both parties in the above referenced litigation, for
an extension of sixty days in which to complete discovery. Currently the date by which to
complete discovery is set for June 27, 2008 at which time a conference is also scheduled.

The extension is being requested due to the fact that both parties have been unable to
complete all discovery necessary. On behalf of the defendant it is submitted that due to the
complex medical issues involved in this matter the Independent Medical Examinations
necessary have not been completed. Plaintiff has been unable to supply needed authorizations
which must be processed so that medical records can be obtained prior to conducting the
Examinations. Thus this extension is necessary for both parties.

Although this is the second request for an extension of time in this matter, the first request
was granted by your Honor because it was necessitated by an Amendment to the plaintiff's
Complaint which added a new claim with respect to an accident not mentioned in the original
Complaint.

Your Honor's attention to this matter is greatly appreciated.

Yours truly,

*[signature]*
Ioana Wenchell
Associate Counsel
(212) 340-2203

CC:    Marc Wietzke
       Attorney for Plaintiff

*[handwritten: Application GRANTED. The discovery cut-off, fact + expert, is extended until 9/12/08. The PTC is adjourned until 9/12/08 at 11:30 a.m. So ORDERED.]*
*[handwritten: WPD 6/24/08]*

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemmerdinger, Chairman